THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOUD NOT BE CITED OR RELIED ON 
 IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Connie J. Brown,       
Appellant.
 
 
 

Appeal From Horry County
James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2004-UP-150
Submitted December 23, 2003  Filed March 2, 2004 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III , Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Connie Brown (Appellant) was 
 convicted of two counts of murder, two counts of lynching, and one count of 
 criminal conspiracy.  She was sentenced to concurrent terms of life in prison 
 for the murders, twenty years on each lynching charge, and five years for criminal 
 conspiracy.
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.               
APPEAL DISMISSED. [1] 
GOOSLBY, HOWARD, and KITTREDGE, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.